IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT

MICHAEL JOHNSON #R63104
    Plaintiff,

                                            1:15-cv-01326-SLD

V.

JACOB PYLE et al.
    DEFENDANTS

MOTION TO CLOSE CASE

Plaintiff moves to close this case and bring all proceedings to an end.

MICHAEL JOHNSON #R63104          1-24-16
P.O. Box 99                        DATE
Pontiac, IL 61764